IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DONALD SCOTT RITCHEY, | ) | |
| | ) | |
| Defendant. | ) | |

     IT IS ORDERED that Defendant Ritchey's initial appearance on the Petition for Offender Under Supervision (filing 46) is scheduled on Wednesday, September 13, 2006, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 8, 2006.                BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge