# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:98CR3046 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| -vs- | ) | |
| DONALD RITCHEY, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's oral motion for temporary release from custody to permit an inpatient screening interview. Being fully advised in the premises, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant Donald Ritchey shall be released from the Sarpy County Jail on February 6, 2007, at 10:00 a.m. so that he may participate at an inpatient screening interview at Campus for Hope in Omaha, NE. Mr. Ritchey shall be released to a staff member of the Federal Public Defender's office for transportation directly to said interview. He shall be returned to the custody of the Sarpy County Jail immediately thereafter by the FPD staff member.

February 2, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge