FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 FEB 20  PM 4: 20

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,  )
                           )
              Plaintiff,   )
                           )
v.                         )   Case No. 4:98CR3046
                           )
DONALD RITCHEY,            )
                           )
              Defendant.   )

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Review Detention and Order under seal.

DATED this 20th day of February, 2007.

BY THE COURT:

The Honorable Richard G. Kopf
United States District Judge