IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| DONALD SCOTT RITCHEY, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that counsel for the government, counsel for the defendant, Probation Officer Craig Ford, and the undersigned shall hold a status telephone conference on Tuesday, May 1, 2007, at 1:15 p.m. The undersigned's judicial assistant will coordinate the call.

    March 2, 2007.                                             BY THE COURT:

                                                                             s/ *Richard G. Kopf*
                                                                             United States District Judge