IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DONALD SCOTT RITCHEY, | ) | |
| | ) | |
| Defendant. | ) | |

     IT IS ORDERED that Defendant Ritchey's revocation hearing is set on Friday, March 23, 2007, at 1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

March 19, 2007.        BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge